# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0832
LT Case No. 59-1998-CF-5091-A

_____

DERRICK A. GORDON,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Melanie Freeman Chase, Judge.

Derrick A. Gordon, Milton, pro se.

James Uthmeier, Attorney General, Tallahassee, and Deborah A. Chance, Assistant Attorney General, Daytona Beach, for Appellee.

January 27, 2026

PER CURIAM.

   AFFIRMED.

SOUD, BOATWRIGHT, and MACIVER, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————